FILED
COURT OF APPEALS
DIVISION II

2015 MAR 17 AM 8:42

STATE OF WASHINGTON

BY_____
DEPUTY

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| UNION BANK, N.A., | No. 45966-3-II |
| Appellant, | |
| v. | |
| SCOTT J. EDWARDS, an individual; and JOHN W. BECHTHOLT and MARION A. BECHTHOLT, husband and wife, | UNPUBLISHED OPINION |
| Respondents. | |

LEE, J. — Union Bank appealed a trial court judgment in favor of Scott Edwards, John Bechtholt and Marion Bechtholt. The parties now stipulate that that judgment should be vacated and the case be remanded to the trial court for further proceedings consistent with *Washington Federal v. Harvey* __ Wn.2d __, 340 P.3d 846 (2015). The parties further stipulate that Union Bank should be awarded its costs on appeal of $851.79 and that the issue of Union Bank's fees on appeal should be determined by the trial court on remand.

We accept the parties' stipulation. The trial court judgment is vacated and remanded to the trial court. Union Bank is awarded its costs on appeal and the issue of Union Bank's fees on appeal is remanded to the trial court.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

_____
Lee, J.

We concur:

_____
Bjorgen, A.C.J.

_____
Sutton, J.